IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **VINCENT L. TAYLOR,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action Number |
| | ) | **7:05-cv-00251-UWC-TMP** |
| **J. K. HARGRAVE,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on July 20, 2006, recommending that the defendants' motion for summary judgment be granted and this action be dismissed with prejudice. No objections have been filed by any party.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is ADOPTED, and his recommendation is ACCEPTED. The Court EXPRESSLY FINDS that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be GRANTED, and this action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

Done the 10th day of August, 2006.

U.W. Clemon
Chief United States District Judge

---

[1] The plaintiff's copy of the report and recommendation, mailed to the address provided by him, was returned by the Postal Service as undeliverable. He has failed to inform the Clerk of his new address, and the court has been unable to locate the him.